UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ24-039 |
| Plaintiff, ) | NDGA NO. CR23-0335 |
| ) | |
| v. ) | |
| ) | |
| MAURICE LYNCH, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:   Possession with Intent to Distribute a Controlled Substance; Possession with the Intent to Distribute Controlled Substances; Possession of a Firearm in Furtherance of a Drug Trafficking Crime; Money Laundering; Asset Forfeiture Allegations

<u>Date of Detention Hearing</u>:   January 30, 2024.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged in the Northern District of Georgia with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant has a lengthy and escalating criminal record, including many failures to appear with warrant activity, some of which remain active. At the detention hearing, the government proffered video evidence purporting to show defendant fleeing police apprehension during the investigation in Atlanta, Georgia. Defendant's background information was not verified, and he lacks verifiable employment.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 30th day of January, 2024.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3